| | |
|---|---|
| Mark H. Ralston<br>State Bar No. 16489460<br>Taber Estes Thorne & Carr PLLC<br>3500 Maple Avenue, Suite 1100<br>Dallas, Texas 75219<br>Telephone: (214) 599-4000<br>Facsimile: (214) 599-4099<br><br>ATTORNEYS FOR THE WEBB AND MARINELL SOWDEN IRREVOCABLE TRUST | John N. Schwartz<br>State Bar No. 00797397<br>Fulbright & Jaworski L.L.P.<br>2200 Ross Avenue, Suite 2800<br>Dallas, Texas 75201-2784<br>Telephone: (214) 855-8000<br>Facsimile: (214) 855-8200<br><br>ATTORNEYS FOR CREDIT UNION LIQUIDITY SERVICES, LLC F/K/A TEXANS COMMERCIAL CAPITAL, LLC |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE:<br><br>WEBB MCCANN SOWDEN, III,<br><br>    Debtor. | §<br>§<br>§<br>§<br>§ | **Case No. 10-36441-SGJ-7**<br><br>**Chapter 7** |
| **CREDIT UNION LIQUIDITY SERVICES, LLC F/K/A TEXANS COMMERCIAL CAPITAL, LLC,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**WEBB MCCANN SOWDEN, III AND, MARINELL SOWDEN, AS TRUSTEES OF THE WEBB AND MARINELL SOWDEN IRREVOCABLE TRUST**<br><br>    **Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Adversary Proceeding No. 11-3079** |

### STIPULATION OF DISMISSAL

Pursuant to Federal Bankruptcy Rule 7041, Credit Union Liquidity Services, LLC f/k/a Texans Commercial Capital, LLC and Webb McCann Sowden, III and Marinell Sowden, as trustees of the Webb and Marinell Sowden Irrevocable Trust, stipulate that the above-referenced adversary proceeding is hereby dismissed without prejudice.

**STIPULATION OF DISMISSAL**

Dated: February 6, 2012.

| | |
|---|---|
| /s/ Mark H. Ralston | /s/ John N. Schwartz |
| Mark H. Ralston | John N. Schwartz |
| State Bar No. 16489460 | State Bar No. 00797397 |
| Taber Estes Thorne & Carr PLLC | Fulbright & Jaworski L.L.P. |
| 3500 Maple Avenue, Suite 1100 | 2200 Ross Avenue, Suite 2800 |
| Dallas, Texas 75219 | Dallas, Texas  75201-2784 |
| Telephone:  (214) 599-4000 | Telephone:  (214) 855-8000 |
| Facsimile:  (214) 599-4099 | Facsimile:  (214) 855-8200 |
| | |
| ATTORNEYS FOR THE WEBB AND MARINELL SOWDEN IRREVOCABLE TRUST | ATTORNEYS FOR CREDIT UNION LIQUIDITY SERVICES, LLC F/K/A TEXANS COMMERCIAL CAPITAL, LLC |

**STIPULATION OF DISMISSAL – PAGE 2**